L. A. NICHOLSON, Administrator of Estates of Gus Boswell, Jr., Frances Boswell, and Gus Boswell, III, v. Guy A. THOMPSON, Trustee in Bankruptcy for Missouri Pacific Railroad Company, Debtor.

No. 10690.

United States Court of Appeals
Sixth Circuit.

Dec. 16, 1948.

W. A. McTighe, of Memphis, Tenn., for appellant.

Armstrong, McCadden, Allen, Braden & Goodman, of Memphis, Tenn., for appellee.

Before HICKS, Chief Judge, and MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This appeal having been heard upon full oral arguments by attorneys for the respective parties, and having been duly considered thereon and upon the record and briefs; and it appearing that there is substantial evidence to support the verdict of the jury upon which judgment for the defendant was entered, and that no reversible error was committed in the trial of the case; The judgment of the district court is affirmed.

J. H. ROSELL v. WESTERN AIR LINES, Inc.

No. 3558.

United States Court of Appeals
Tenth Circuit.

Dec. 13, 1948.

Rawlings, Wallace & Black, of Salt Lake City, Utah, and William H. DeParcq, of Minneapolis, Minn., for appellant.

Forrest A. Betts, of Los Angeles, Cal., and Arthur E. Moreton, of Salt Lake City, Utah, for appellee.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Judgment of district court affirmed pursuant to stipulation.

Bernard M. SHOTKIN v. W. F. PERKINS, as Director of Revenue for the State of Colorado.

No. 3776.

United States Court of Appeals
Tenth Circuit.

Dec. 14, 1948.

Appeal Denied March 7, 1949.
See 69 S.Ct. 647.

Bernard M. Shotkin, pro se.

H. Lawrence Hinkley, Atty. Gen., and Duke W. Dunbar, Frank A. Wachob, and Charles F. Cory, Asst. Attys. Gen., of Colorado, for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

Dismissed on ground that appeal was moot.